FILED

1. Name: Terence Morris
2. Address: 9871 Harvey Rd
3. Galt CA 95632
4. Phone: 916 459-8061
5. Fax:
6. In Pro Per

2025 JUN 16 PM 2:28

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sob Family Trust
Terrence Morris
9871 Harvey Rd
Galt CA 95632

Plaintiff
v.

Good neighbor Home LLC, Olivia Reyes
mortgage connect LP, Trustee corp
MTC Financial DBA Trustee corp
Finance of American
Reverse LLC

Defendant(s).

CASE NUMBER:

CV25-5445-JFW(PDX)

Complaint

(Enter document title in the space provided above)

| | |
|---|---|
| Good neighbor Home LLC | Olivia Reyes |
| 2015 Manhattan Beach Blvd | 2015 Manhattan Beach Blvd |
| Suite 100 | Suite 100 |
| Redondo Beach, CA 90278 | Redondo Beach, CA 90278 |
| | |
| Trustee corp | mortgage connect LP |
| 17100 Gillette Ave | 17100 Gillette Ave |
| Irvine, CA 92614 | Irvine CA 92614 |
| | |
| mortgage connect LP | Finance of America Reverse |
| 600 Clubhouse Dr. | P.O Box 40724 |
| Moon Township PA 15108 | Lansing MI 48901-7924 |

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# UNITED STATES DISTRICT COURT
## Edward R. Roybal Federal Building and United States Courthouse
255 East Temple Street Los Angeles, CA 90012-3332

| | | |
|---|---|---|
| JOB Family Trust | § | |
| Accuser | § | |
| | § | Case NO: |
| V | § | |
| | § | |
| Good Neighbor Homes, LLC, Olivia Reyes | § | 28 USC 1331 (a) RP Federal Question : |
| Mortgage Connect LP, Trustee Corp, MTC | § | Real Property Violation |
| Financial DBA Trustee Corp, Finance | § | |
| Of America Reverse, LLC | § | Request for Jury Trial |
| | § | |
| | § | Los Angeles County |

**Violation** 28 USC 1331 (a) RP Federal Question : Real Property

## INTRODUCTION

This matter is brought before this court under title 28 USC 1331 (a) RP Federal Question : Real Property

## JURISDICTION

This court has exclusive jurisdiction over this matter because there are Constitutional issues and Laws of the United States at question. This matter is a result from actions within the district of this court. The federal court is more equip to deal with proper banking matters as they are heard there most often. The property in question is and was valued at greater than $75,000 at time of dispute and currently. All remaining accused agree to have this matter removed to federal court because actions of Federal statute and supreme court decisions are more often adjudicated within federal courts. All parties are within the jurisdiction of this court via minimal contacts doctrine.

## CAUSE OF ACTION

The cause of action is 28 USC 1331 (a) RP Federal Question : Real Property

## ELEMENTS OF THIS CAUSE OF ACTION

1) The defendants actively participated in an illegal foreclosure and did not follow federal guidelines nor the required guidelines of the state of California such as:
   a. There was NO Notice of default sent to the actual owner of the property located at
   b. There was NO notice of Trustee Sale sent to the actual owner of the property located at
   c. Servicer Errors regarding the mortgage of the property
   d. Robo signing documentation
2) The defendants lack standing to buy, sell, foreclose, resell property in question
3) Banking wire fraud
4) RICO conspiracy
5) Violations of the Fair Debt Collections ACT USC 15 § 1692
6) USC 12 § 2605
7) USC 15 § 53

## REMEDY

This court hear this matter to keep the enforcement of the Constitution of the United States of America and the Laws of the United States and protect the Liberty of the accused within this matter, as well as maintain the right to a fair unbiased trial with the due process of law. The complainant reserves the right to amend the complaint as more conspirators my come to light as the proceedings continue.

The Complainant request as a matter of law and a prayer of relief $1,500,000 in damages regarding the property at question for the collective defendants,
$100,000 per defendant within this matter for added Stress and anxiety regarding the defendants willful and misleading actions
$100,000 per defendant for legal and travel expenses in regards to this matter.

Totaling $2,700,000

Respectfully Submitted

JOB Family Trust
Terence Morris Executor