1. Name: Terrence Morris
2. Address: 9871 Harvey Rd
3. Galt CA 95632
4. Phone: 916 459-8061
5. Fax: _____
6. In Pro Per

FILED
2025 SEP 11 PM 12:3[?]
CLERK US DISTRICT COURT
CENTRAL DIST OF CALIF
LOS ANGELES
BY: ___

Proof of Service

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sob Family Trust<br>Terrence Morris<br>9871 Harvey Rd<br>Galt CA 95632<br>Plaintiff | CASE NUMBER:<br>CV25-5445-JFW (PDx) |
| v. | |
| Good neighbor Home LLC, Olivia Reyes, mortgage connect LP, Trustee corp, MTC Financial DBA Trustee corp, Finance of American Reverse LLC<br>Defendant(s). | (Enter document title in the space provided above) |

Sam Chandra APC
710 S Myrtle Ave #600
Monrovia CA 91016

| | |
|---|---|
| Good Neighbor Home LLC<br>2015 Manhattan Beach Blvd<br>Suite 100<br>Redondo Beach, CA 90278 | Olivia Reyes<br>2015 Manhattan Beach Blvd<br>Suite 100<br>Redondo Beach, CA 90278 |
| Trustee Corp<br>17100 Gillette Ave<br>Irvine, CA 92614 | Mortgage Connect LP<br>17100 Gillette Ave<br>CA 92614 |
| Mortgage Connect LP<br>600 Clubhouse Dr.<br>Moon Township PA 15108 | Finance of America Reverse<br>P.O Box 40724<br>Lansing MI 48901-7924 |

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

## Federal Court Proof of Service

UNITED STATES DISTRICT COURT Central District of California Edward R. Roybal Federal Building and United States Courthouse 255 East Temple Street, Los Angeles, CA 90012

JOB Family Trust, Plaintiff, v. Good Neighbor Homes, LLC, et al., Defendants. Case No CV25-5445-JFW

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed/reside at 9871 Harvey Rd. Galt, CA 95632

On **September** 11, 2025 served the following documents:

- **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT, SANCTIONS, AND COMPELLING PRODUCTION**
- **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND MEMORANDUM OF POINTS & AUTHORITIES**

on the following parties in this action:

**Defendants Served:** 9/11/2025

| Good Neighbor Home LLC 1517 Manhattan Beach Bl Ste 100 Redondo Beach CA 90278 | Olivia Reyes 2015 Manhattan Beach Bl Suite 100 Redondo Beach CA 90278 | Trustee Corp 17100 Gillette Ave Irvine CA 92614 Mortgage Connect LP 17100 Gillette Ave Irvine CA 92614 | Sam Chandra APC 710 S Myrtle Ave # 600 Monrovia CA 91016 | Mortgage Connect LP 600 Clubhouse Dr Moon Township PA 15108 | Finance of American Reverse P.O. Box 40724 Lansing MI 48901-7924 |
|---|---|---|---|---|---|

**Method of Service:** ☐ (By Mail) – I enclosed the documents in a sealed envelope and deposited the envelope with the United States Postal Service with the postage fully prepaid. ☐ (By Certified Mail) – I mailed the documents via certified mail, return receipt requested. ☐ (By Personal Service) – I delivered the documents personally to the addresses listed above. ☐ (By

Electronic Service) – Pursuant to agreement or court rules, I served the documents via electronic means. ☐ (By Overnight Delivery) – I placed the documents in a sealed envelope or package for overnight delivery via **[Carrier Name]**.

*Note: Please check the correct box above to indicate the method of service used.*

**Declaration:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this  9/11/2025

Signature: _Denise H_____ Printed Name: _Denise Hobbs_____ Title (if applicable): _____

\

